IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:17-CV-130-D

| | | |
|---|---|---|
| BOBBY EDWARD OWENS, JR., and | ) | |
| PRECISE BUIDLING & GROUNDS | ) | |
| MAINTENANCE CORP. | ) | |
|     Plaintiffs, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| WOODRUFF INSURANCE AGENCY, | ) | |
| INC. and STATE FARM MUTUAL | ) | |
| AUTOMOBILE INSURANCE COMPANY, | ) | |
|     Defendants. | ) | |

At the direction of the Court, and for the continued efficient administration of justice, the above-captioned case is redesignated as a Southern Division case. The Honorable James C. Dever III, Chief United States District Judge, will remain the presiding judge. **All future documents shall reflect the new case number of 7:17-CV-180-D.** No further filing shall be made in 4:17-CV-130-D.

SO ORDERED. This 19th day of September, 2017.

                                                         /s/ Peter A. Moore, Jr.
                                                         Clerk of Court